## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WARREN CLAYBAR, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 14-0205-WS-C** |
| | ) | |
| **MICHAEL R. HUFFMAN, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFAULT JUDGMENT

In accordance with the separate Order entered on this date, it is **ordered, adjudged and decreed** that **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of plaintiff Warren Claybar and against defendant Michael R. Huffman in the amount of **$605,483.95**.  It is further **ordered, adjudged and decreed** that **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of plaintiff Rian Glasscock and against defendant Michael R. Huffman in the amount of **$605,483.95**.  And it is further **ordered, adjudged and decreed** that **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of plaintiff Halley Moor and against defendant Michael R. Huffman in the amount of **$605,483.95**.

DONE and ORDERED this 7th day of December, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE